*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

EESAM ARABBO,

       Plaintiff-Appellant,

v

CITY OF BURTON, PAULA ZELENKO,
STEPHEN HEFFNER, THOMAS
MARTINBIANCO, and MICHAEL JOLIAT,

       Defendants-Appellees.

UNPUBLISHED
July 2, 2019

No. 341713
Genesee Circuit Court
LC No. 2016-107043-CZ

Before: METER, P.J., and JANSEN and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J. (*concurring*).

      I concur in the result only.